1  ADLESON, HESS & KELLY, APC
   Randy M. Hess (SBN 88863)
2  Nicole S. Adams-Hess (SBN 286632)
   577 Salmar Avenue, Second Floor
3  Campbell, California 95008
   Telephone:   (408) 341-0234
4  Facsimile:   (408) 341-0250
   rhess@ahklaw.com
5  nhess@ahklaw.com

6  Attorneys for Defendants
   LAW OFFICE OF MARILYN THOMASSEN, PC and
7  MARILYN THOMASSEN

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 WESTPORT INSURANCE              Case No.: 8:18-cv-00170-JLS (JCx)
   CORPORATION, a Missouri corporation,
12                                 **ANSWER TO WESTPORT INSURANCE
                                   CORPORATION'S COMPLAINT FOR
              Plaintiff,           RESCISSION AND DECLARATORY
13                                 RELIEF BY DEFENDANTS LAW OFFICE
   v.                              OF MARILYN THOMASSEN, PC AND
14                                 MARILYN THOMASSEN**

15 LAW OFFICE OF MARILYN
   THOMASSEN, PC, MARILYN          Complaint served:   February 12, 2018
16 THOMASSEN, BING WU, LI JIAN, PING   Response date:       April 9, 2018
   YIN, LI PING FANG, XI ZHONG ZHANG,
17 LI HUA LI, XI SHOU, MENGYING YU, WU      **JURY TRIAL DEMANDED**
   HUA YUAN, JIAN CHANG WU, YING ZHU,
18 JIA LI REN, WEI XIN TANG, WEI HONG
   CHEN, YANQIONG LI, XIANG MIN GONG,
19 HUI SHE, XIAO HONG LIU, JIAN HONG
   FEI, BING YANG, GANG LI and MING XU,
20
              Defendants.
21

22        COMES NOW defendants Law Office of Marilyn Thomassen, PC and Marilyn

23 Thomassen (hereinafter collectively referred to as "Thomassen"), and in response to the

24 complaint of plaintiff Westport Insurance Corporation ("Westport") on file herein, herewith

25 admits, denies, avers as hereinafter set forth:

26                         **ANSWER TO COMPLAINT**

27        1.     Responding to paragraph 1 of the complaint, Thomassen admits that Westport

28 is seeking the relief it asserts in this paragraph, but denies that it is entitled to any of the

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS        THOMASSEN ANSWER TO COMPLAINT                Page 1

1    relief it seeks.

2        2.      Responding to paragraph 2 of the complaint, Thomassen admits that Westport

3    is seeking the relief it asserts in this paragraph, but denies that it is entitled to any of the

4    relief it seeks.

5        3.      Responding to paragraph 3 of the complaint, Thomassen does not have

6    sufficient information to affirm or deny the allegations.

7        4.      Responding to paragraph 4 of the complaint, Thomassen admits the

8    allegations therein.

9        5.      Responding to paragraph 5 of the complaint, Thomassen admits the

10   allegations therein.

11       6.      Responding to paragraph 6 of the complaint, Thomassen does not have

12   sufficient information to affirm or deny the allegations.

13       7.      Responding to paragraph 7 of the complaint, Thomassen does not have

14   sufficient information to affirm or deny the allegations.

15       8.      Responding to paragraph 8 of the complaint, Thomassen does not have

16   sufficient information to affirm or deny the allegations.

17       9.      Responding to paragraph 9 of the complaint, Thomassen does not have

18   sufficient information to affirm or deny the allegations.

19       10.     Responding to paragraph 10 of the complaint, Thomassen does not have

20   sufficient information to affirm or deny the allegations.

21       11.     Responding to paragraph 11 of the complaint, Thomassen does not have

22   sufficient information to affirm or deny the allegations.

23       12.     Responding to paragraph 12 of the complaint, Thomassen does not have

24   sufficient information to affirm or deny the allegations.

25       13.     Responding to paragraph 13 of the complaint, Thomassen does not have

26   sufficient information to affirm or deny the allegations.

27       14.     Responding to paragraph 14 of the complaint, Thomassen does not have

28   sufficient information to affirm or deny the allegations.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT                    Page 2

1    15.    Responding to paragraph 15 of the complaint, Thomassen does not have
2  sufficient information to affirm or deny the allegations.

3    16.    Responding to paragraph 16 of the complaint, Thomassen does not have
4  sufficient information to affirm or deny the allegations.

5    17.    Responding to paragraph 17 of the complaint, Thomassen does not have
6  sufficient information to affirm or deny the allegations.

7    18.    Responding to paragraph 18 of the complaint, Thomassen does not have
8  sufficient information to affirm or deny the allegations.

9    19.    Responding to paragraph 19 of the complaint, Thomassen does not have
10  sufficient information to affirm or deny the allegations.

11    20.    Responding to paragraph 20 of the complaint, Thomassen does not have
12  sufficient information to affirm or deny the allegations.

13    21.    Responding to paragraph 21 of the complaint, Thomassen does not have
14  sufficient information to affirm or deny the allegations.

15    22.    Responding to paragraph 22 of the complaint, Thomassen does not have
16  sufficient information to affirm or deny the allegations.

17    23.    Responding to paragraph 23 of the complaint, Thomassen does not have
18  sufficient information to affirm or deny the allegations.

19    24.    Responding to paragraph 24 of the complaint, Thomassen does not have
20  sufficient information to affirm or deny the allegations.

21    25.    Responding to paragraph 25 of the complaint, Thomassen does not have
22  sufficient information to affirm or deny the allegations.

23    26.    Responding to paragraph 26 of the complaint, Thomassen does not have
24  sufficient information to affirm or deny the allegations.

25    27.    Responding to paragraph 27 of the complaint, Thomassen does not have
26  sufficient information to affirm or deny the allegations.

27    28.    Responding to paragraph 28 of the complaint, Thomassen does not have
28  sufficient information to affirm or deny the allegations.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS    THOMASSEN ANSWER TO COMPLAINT    Page 3

29.     Responding to paragraph 29 of the complaint, Thomassen admits that the matter in controversy exceeds $75,000.

30.     Responding to paragraph 30 of the complaint, Thomassen admits the allegations contained therein.

31.     Responding to paragraph 31 of the complaint, Thomassen admits that Exhibit A appears to be a true and correct copy of the applications.

32.     Responding to paragraph 32 of the complaint, Thomassen denies the allegations therein.

33.     Responding to paragraph 33 of the complaint, Thomassen admits the allegations therein.

34.     Responding to paragraph 34 of the complaint, Thomassen admits the allegations therein.

35.     Responding to paragraph 35 of the complaint, Thomassen admits the allegations therein.

36.     Responding to paragraph 36 of the complaint, Thomassen admits that she listed the location at 250 Fischer Ave. in Costa Mesa, California as her primary location. Thomassen denies the remaining allegations in this paragraph.

37.     Responding to paragraph 37 of the complaint, Thomassen admits the Application contains the cited language.

38.     Responding to paragraph 38 of the complaint, Thomassen admits the Application contains the cited language.

39.     Responding to paragraph 39 of the complaint, Thomassen admits the allegations contained therein.

40.     Responding to paragraph 40 of the complaint, Thomassen does not have sufficient information to respond to the allegations contained therein.

41.     Responding to paragraph 41 of the complaint, Thomassen admits that she signed the document, but does not have sufficient information regarding Westport's interpretation of the document.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 4

42.     Responding to paragraph 42 of the complaint, Thomassen does not have sufficient information to respond to the allegations contained therein.

43.     Responding to paragraph 43 of the complaint, Thomassen admits the documents contains the cited language.

44.     Responding to paragraph 44 of the complaint, Thomassen admits the allegations contained therein. Thomassen denies all liability in the referenced lawsuit.

45.     Responding to paragraph 45 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

46.     Responding to paragraph 46 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

47.     Responding to paragraph 47 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

48.     Responding to paragraph 48 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

49.     Responding to paragraph 49 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

50.     Responding to paragraph 50 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

51.     Responding to paragraph 51 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

/ / /

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT                    Page 5

52.     Responding to paragraph 52 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

53.     Responding to paragraph 53 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

54.     Responding to paragraph 54 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

55.     Responding to paragraph 55 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

56.     Responding to paragraph 56 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

57.     Responding to paragraph 57 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

58.     Responding to paragraph 58 of the complaint, Thomassen admits the allegations contained therein. Thomassen denies all liability in the referenced lawsuit.

59.     Responding to paragraph 59 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

60.     Responding to paragraph 60 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

61.     Responding to paragraph 61 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 6

1 | the referenced lawsuit.

2 |     62.    Responding to paragraph 62 of the complaint, Thomassen admits that the

3 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

4 | the referenced lawsuit.

5 |     63.    Responding to paragraph 63 of the complaint, Thomassen admits that the

6 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

7 | the referenced lawsuit.

8 |     64.    Responding to paragraph 64 of the complaint, Thomassen admits that the

9 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

10 | the referenced lawsuit.

11 |     65.    Responding to paragraph 65 of the complaint, Thomassen admits that the

12 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

13 | the referenced lawsuit.

14 |     66.    Responding to paragraph 66 of the complaint, Thomassen admits that the

15 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

16 | the referenced lawsuit.

17 |     67.    Responding to paragraph 67 of the complaint, Thomassen admits that the

18 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

19 | the referenced lawsuit.

20 |     68.    Responding to paragraph 68 of the complaint, Thomassen admits that the

21 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

22 | the referenced lawsuit.

23 |     69.    Responding to paragraph 69 of the complaint, Thomassen admits that the

24 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

25 | the referenced lawsuit.

26 |     70.    Responding to paragraph 70 of the complaint, Thomassen admits that the

27 | referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in

28 | the referenced lawsuit.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS     THOMASSEN ANSWER TO COMPLAINT     Page 7

71.     Responding to paragraph 71 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

72.     Responding to paragraph 72 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

73.     Responding to paragraph 73 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

74.     Responding to paragraph 74 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

75.     Responding to paragraph 75 of the complaint, Thomassen admits that the referenced lawsuit contains the cited allegations. However, Thomassen denies all liability in the referenced lawsuit.

76.     Responding to paragraph 76 of the complaint, Thomassen admits that the policy language is quoted.

77.     Responding to paragraph 77 of the complaint, Thomassen admits that the policy language is quoted.

78.     Responding to paragraph 78 of the complaint, Thomassen admits that the policy language is quoted.

79.     Responding to paragraph 79 of the complaint, Thomassen admits that the policy language is quoted.

80.     Responding to paragraph 80 of the complaint, Thomassen admits that the allegations are re-alleged as if fully set forth in the complaint.

81.     Responding to paragraph 81 of the complaint, Thomassen denies the allegations contained therein.

/ / /

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 8

82.     Responding to paragraph 82 of the complaint, Thomassen denies the allegations contained therein.

83.     Responding to paragraph 83 of the complaint, Thomassen denies the allegations contained therein.

84.     Responding to paragraph 84 of the complaint, Thomassen admits that they denied any knowledge of fact or circumstance that may give rise to a claim or suit in the Application.

85.     Responding to paragraph 85 of the complaint, Thomassen denies that she received any documents that provided her with notice of a fact or circumstance that may give rise to a claim.

86.     Responding to paragraph 86 of the complaint, Thomassen denies the allegations contained therein.

87.     Responding to paragraph 87 of the complaint, Thomassen denies the allegations contained therein.

88.     Responding to paragraph 88 of the complaint, Thomassen denies the allegations contained therein.

89.     Responding to paragraph 89 of the complaint, Thomassen denies the allegations contained therein.

90.     Responding to paragraph 90 of the complaint, Thomassen denies the allegations contained therein.

91.     Responding to paragraph 91 of the complaint, Thomassen denies the allegations contained therein.

92.     Responding to paragraph 92 of the complaint, Thomassen admits the allegations contained therein.

93.     Responding to paragraph 93 of the complaint, Thomassen denies that Westport has a legitimate rationale to rescind the Policies.

94.     Responding to paragraph 94 of the complaint, Thomassen admits that the allegations are re-alleged as if fully set therein.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 9

95.     Responding to paragraph 95 of the complaint, Thomassen admits that the Policies contain the quoted language.

96.     Responding to paragraph 96 of the complaint, Thomassen admits the allegations contained therein.

97.     Responding to paragraph 97 of the complaint, Thomassen denies that she was or any reasonable attorney was would have understood that a claim was likely to result.

98.     Responding to paragraph 98 of the complaint, Thomassen denies the allegations contained therein.

99.     Responding to paragraph 99 of the complaint, Thomassen admits that the policy contains the referenced exclusions and that the Jian and Wu Lawsuits contained the referenced allegations. However, Thomassen denies any liability or wrongdoing.

100.    Responding to paragraph 100 of the complaint, Thomassen denies the allegations contained therein.

101.    Responding to paragraph 101 of the complaint, Thomassen denies the allegations contained therein.

102.    Responding to paragraph 102 of the complaint, Thomassen denies the allegations contained therein.

103.    Responding to paragraph 103 of the complaint, Thomassen denies the allegations contained therein.

104.    Responding to paragraph 104 of the complaint, Thomassen admits that the allegations are re-alleged as if fully set therein.

105.    Responding to paragraph 105 of the complaint, Thomassen admits that the policy language exists.

106.    Responding to paragraph 106 of the complaint, Thomassen denies that *Bay Cities Paving & Grading, Inc. v. Lawyers' Mut. Ins. Co.* is the sole authority on "related" claims.

107.    Responding to paragraph 107 of the complaint, Thomassen denies the allegations therein.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS     THOMASSEN ANSWER TO COMPLAINT     Page 10

1    108.   Responding to paragraph 108 of the complaint, Thomassen denies the
2  allegations therein.

3    109.   Responding to paragraph 109 of the complaint, Thomassen denies the
4  allegations therein.

5    110.   Responding to paragraph 110 of the complaint, Thomassen admits that
6  Westport is seeking a declaratory judgment in its favor. However, Thomassen denies that
7  Westport is entitled to a declaratory judgment in its favor.

8    111.   Responding to paragraph 111, Thomassen admits that the allegations are re-
9  alleged as if fully set forth therein.

10   112.   Responding to paragraph 112, Thomassen denies the allegations set forth
11  therein.

12   113.   Responding to paragraph 113, Thomassen denies the allegations set forth
13  therein.

14   114.   Responding to paragraph 114, Thomassen admits that the cited policy
15  language exists.

16   115.   Responding to paragraph 115, Thomassen denies the allegations set forth
17  therein.

18   116.   Responding to paragraph 116, Thomassen denies the allegations set forth
19  therein.

20   117.   Responding to paragraph 117, Thomassen admits that there is an actual
21  controversy as Westport has taken the position that there is no duty to defend and indemnify
22  Thomassen, and Thomassen has taken the position that Westport does have a duty to
23  defend and indemnify them.

24   118.   Responding to paragraph 118, Thomassen denies that Westport is entitled to
25  a declaratory judgment in its favor.

26  / / /

27  / / /

28  / / /

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT                    Page 11

**AFFIRMATIVE DEFENSES**

**I.**

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, these answering defendants assert this this insurance coverage action should be stayed or dismissed pending the final resolution of the underlying actions pursuant to, but not limited to, *Montrose Chemical Corp. v. Superior Court* (1993) 6 Cal.4th 287, *David Kleis, Inc. v. Superior Court* (1995) 37 Cal.App.4th 1035, and *Haskel, Inc. v. Superior Court* (1995) 33 Cal.App.4th 963.

**II.**

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, these answering defendants alleges that plaintiff acted with full knowledge of all the facts and circumstances surrounding its injuries and assumed the risk of the matters causing its injuries, and that said matters of which said plaintiff assumed the risk proximately contributed to the happening of the incident at bar and proximately caused its injuries, if any.

**III.**

AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, these answering defendants allege that plaintiff breached the contract between plaintiff and Thomassen, and/or failed to observe all covenants and conditions of the contract, and as such, is not entitled to claim the benefits of the contract.

**IV.**

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, these answering defendants alleges that plaintiff breached the implied covenant of good faith and fair dealing, and therefore is responsible for Thomassen's out-of-pocket costs, losses, general damages and punitive damages as allowed by law.

**V.**

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, these answering defendants alleges that plaintiff failed to exercise

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 12

1   reasonable care and diligence to mitigate the harm claimed in the complaint.

2                                         **VI.**

3          AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

4   FILE HEREIN, these answering defendants allege that any recovery sought, awarded to or

5   received by plaintiff would unjustly enrich plaintiff and contravene the principles of equity.

6   Thomassen has payment records from its insurance broker showing that it paid premiums

7   for policies of liability insurance issued by plaintiff, including a policy that was in place during

8   all times relevant in this action. Any recovery sought by plaintiff would unjustly enrich plaintiff

9   and contravene the principles of equity as plaintiff has failed to keep the promises contained

10  in the contract of insurance issued to Thomassen, despite accepting Thomassen's

11  insurance premiums.

12                                        **VII.**

13         AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

14  ON FILE HEREIN, these answering defendants allege that plaintiff has failed to join all

15  necessary parties to this action. Thomassen is ignorant of the true names and capacities of

16  the parent companies, affiliates or other related entities to Westport. Thomassen asserts

17  that these other entities are responsible and liable in some manner upon the subject policy

18  of insurance alleged herein, and that any declaration of rights and duties, or other relief

19  sought must include these parties. Thomassen contends that absent the inclusion of the

20  related entities into this action, this Court cannot afford complete relief among the existing

21  parties.

22         WHEREFORE, these answering defendants pray for judgment as follows:

23         1.     That plaintiff takes nothing by virtue of its complaint on file herein and that the

24  action be dismissed with prejudice;

25         2.     For costs of suit herein incurred;

26         3.     That plaintiff's requested declaratory relief be denied; and

27         4.     For such other and further relief as the Court may deem just and proper

28  / / /

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 13

## **JURY TRIAL DEMAND**

Thomassen hereby demands a trial by jury on all factual issues triable by a jury.

Dated: April 9, 2018

ADLESON, HESS & KELLY, APC

/s/  Randy M. Hess

By: _____

Randy M. Hess
Nicole S. Adams-Hess
Attorneys for Defendants
Law Office of Marilyn Thomassen, PC
and Marilyn Thomassen

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 8:18-cv-00170-JLS          THOMASSEN ANSWER TO COMPLAINT          Page 14