1  Jeffrey A. Charlston (State Bar No. 65427)
       E-Mail: jcharlston@crwllp.com;
2      Telephone: (310) 551-7010
   Bruce T. Smyth (State Bar No. 089171)
3      E-Mail: bsmyth@crwllp.com
       Telephone: (310) 551-7055
4  CHARLSTON, REVICH & WOLLITZ LLP
   1925 Century Park East, Suite 1250
5  Los Angeles, California 90067
   Facsimile: (310) 203-9321
6
   Robert P Conlon
7      E-Mail: rconlon@wwmlawyers.com
   Ryan J. Rodman
8      E-Mail: rrodman@wwmlawyers.com
   WALKER WILCOX MATOUSEK LLP
9  One North Franklin Street, Suite 3200
   Chicago, Illinois 60606
10 Telephone: (312) 244-6700
   Facsimile:  (312) 244-6800
11
   Attorneys for Plaintiff
12 Westport Insurance Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, a Missouri corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF MARILYN THOMASSEN, PC, MARILYN THOMASSEN, BING WU, LI JIAN, PING YIN, LI PING FANG, XI ZHONG ZHANG, LI HUA LI, XI ZHOU, MENGYING YU, WU HUA YUAN, JIAN CHANG WU, YING ZHU, JIA LI REN, WEI XIN TANG, WEI HONG CHEN, YANQIONG LI, XIANG MIN GONG, HUI SHE, XIAO HONG LIU, JIAN HONG FEI, BING YANG, GANG LI, and MING XU,<br><br>            Defendants. | CASE NO. 8:18-CV-00170-JLS-JC<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN CONNECTION WITH MOTION OF WESTPORT INSURANCE CORPORATION FOR SUMMARY JUDGMENT<br><br>DATE:         February 22, 2018<br>TIME:         10:30 a.m.<br>COURTROOM:    10A<br><br>Case Filing Date: January 29, 2018<br>Trial Date:       None Set |

1
NOTICE OF LODGING OF [PROPOSED] JUDGMENT

1  Attached hereto and lodged with the Court is the [PROPOSED]
2  JUDGMENT in connection with the motion of Westport Insurance Company for
3  Summary Judgment in this action.

5  DATED: February 22, 2019        CHARLSTON, REVICH & WOLLITZ LLP
6                                                          JEFFREY A. CHARLSTON

8                                                                  /s/  Jeffrey A. Charlston
   By:_____
9                                                          Jeffrey A. Charlston
10                                                        Attorneys for Plaintiff
                                                          Westport Insurance Corporation

12                                                        WALKER WILCOX MATOUSEK LLP
                                                          ROBERT P. CONLON
13                                                        RYAN J. RODMAN

15                                                                /s/  Ryan J. Rodman
   By:_____
16                                                        Ryan J. Rodman
17                                                        Attorneys for Plaintiff
                                                          Westport Insurance Corporation