# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, a Missouri corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF MARILYN THOMASSEN, PC, MARILYN THOMASSEN, BING WU, LI JIAN, PING YIN, LI PING FANG, XI ZHONG ZHANG, LI HUA LI, XI ZHOU, MENGYING YU, WU HUA YUAN, JIAN CHANG WU, YING ZHU, JIA LI REN, WEI XIN TANG, WEI HONG CHEN, YANQIONG LI, XIANG MIN GONG, HUI SHE, XIAO HONG LIU, JIAN HONG FEI, BING YANG, GANG LI, and MING XU,<br><br>    Defendants. | CASE NO. 8:18-CV-00170-JLS-JC<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**JUDGMENT**<br><br><br>DATE:   February 22, 2018<br>TIME:   10:30 a.m.<br>COURTROOM: 10A<br><br>Case Filing Date: January 29, 2018<br>Trial Date:  None Set |

The Court having granted summary judgment to Plaintiff, HEREBY ORDERS, ADJUDGES AND DECREES that judgment shall be entered in favor of Westport and against the Defendants, Law Offices of Marilyn Thomassen, PC ("LOMT") and Marilyn Thomassen ("Thomassen"), as follows:

    A.    The two Lawyers Professional Liability insurance policies issued to LOMT for the periods May 11, 2016 to May 11, 2017 ("2016 Policy") and May 11, 2017 to May 11, 2018 ("2017 Policy") are hereby rescinded and void *ab initio*.

    B.    As the prevailing party, Westport is entitled to recover eligible costs. Westport must submit a Bill of Costs and an Application to the Clerk to Tax Costs. C.D. Cal. R. 54-2, 54-2.1.

DATED: March 06, 2019

_____
Judge Josephine L. Staton
United States District Judge